IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AUTOQUOTES (FLORIDA), INC.,

     Appellant/Cross-Appellee,

v.

     Case No.  5D23-63
LT Case No. 16-2018-CA-005657

SUSANNAH ALBRIGHT,
AN INDIVIDUAL,

     Appellee/Cross-Appellant.

_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Duval County,
Marianne L. Aho, Judge.

Joshua R. La Bouef, Cody L.
Westmoreland, and Darren C.
Jones, of Brennan Manna Diamond,
Jacksonville, for Appellant/Cross-Appellee.

John S. Mills, of Bishop & Mills,
PLLC, Jacksonville and Courtney
Brewer and Jonathan A. Martin, of
Bishop & Mills, PLLC, Tallahassee,
for Appellee/Cross-Appellant.


PER CURIAM.

     AFFIRMED.

BOATWRIGHT, KILBANE and PRATT, JJ., concur.